IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | ][ | |
|---|---|---|
| | ][ | |
| JERRED BROWN | ][ | CASE NO. 13-40946 |
| KRISTINA BROWN | ][ | |
| | ][ | |
| DEBTORS | ][ | |

## ORDER GRANTING MOTION TO SET ASIDE DISCHARGE IN ORDER TO FILE REAFFIRMATION AGREEMENT

Came on to be considered the Motion to Set Aside Discharge In Order to File Reaffirmation Agreements as filed by the Movant herein, and the Court having determined that good cause exists for the filing of the Motion to Set Aside Discharge in Order to File the Reaffirmation Agreements; it is therefore,

ORDERED that the Discharge entered on July 23, 2013, be set aside in order to allow entry of the reaffirmation agreements between the Debtor and Ford Motor Credit and First Service Credit Union.

IT IS FURTHER ORDERED that upon entry of the aforesaid reaffirmations between Debtor and creditor, that the Order of Discharge will then be reinstated.

Signed on 08/06/2013

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Brown: Motion to Set Aside Discharge\7.31.13\lb